Argued and submitted April 28, affirmed November 17, 1993, reconsideration denied May 18, petition for review pending 1994

STATE OF OREGON,
*Respondent,*

*v.*

MARSHALL EDWARD MORTON,
*Appellant.*

(10-91-05552; CA A72253)

862 P2d 591

Jesse Wm. Barton, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and Riggs and Durham, Judges.

PER CURIAM

Affirmed. *State v. Adams*, 315 Or 359, 847 P2d 397 (1993); *State v. Tanner*, 121 Or App 104, 854 P2d 941 (1993); *State v. Kilborn*, 120 Or App 462, 852 P2d 935 (1993); *State v. Johnston*, 120 Or App 165, 851 P2d 1156, *rev den* 317 Or 272 (1993).